*Robert J. Scheinblum*, assistant state's attorney, in opposition.

Decided November 21, 2002

STATE OF CONNECTICUT *v.* DARCUS HENRY

*Moira L. Buckley*, deputy assistant public defender, in support of the petition.

*Robert J. Scheinblum*, assistant state's attorney, in opposition.

Decided November 21, 2002

STATE OF CONNECTICUT *v.* ROBERT JENKINS

The Supreme Court docket number is SC 16871.